IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: | ) | |
| | ) | Case No. 20-10979-MDC |
| IRA L. GRIFF, | ) | |
| | ) | Chapter 13 |
| Debtors. | ) | |
| _____ | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| IRA L. GRIFF, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

## **ORDER**

AND NOW, this __15th__ day of _____May_____, 2020 it is hereby ORDERED,

ADJUDGED, and DECREED that the United States of America's Motion to Extend Time to File

Nondischargeability Complaint, If Necessary, is GRANTED. The United States shall file any

objection to discharge on or before ninety (90) days of the current deadline of June 7, 2020 or

September 5, 2020.

BY THE COURT,

_Magdeline D. Coleman_
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE