```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                      Case No. 20-10979-mdc
Ira L Griff                                                 Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: Stacey          Page 1 of 1            Date Rcvd: May 15, 2020
                      Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2020.
db             +Ira L Griff,   3620 Rayland Road,   Philadelphia, PA 19154-4110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2020 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Debtor Ira L Griff dmo160west@gmail.com,
      davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Pennymac Loan Services, LLC bkgroup@kmllawgroup.com
      TIMOTHY REILEY    on behalf of Creditor    United States of America timothy.reiley@ssa.gov
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
      philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                            TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: ) | |
| ) | Case No. 20-10979-MDC |
| IRA L. GRIFF, ) | |
| ) | Chapter 13 |
| Debtors. ) | |
| _____ ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| IRA L. GRIFF, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

## ORDER

AND NOW, this  15th   day of _____May_____, 2020 it is hereby ORDERED, ADJUDGED, and DECREED that the United States of America's Motion to Extend Time to File Nondischargeability Complaint, If Necessary, is GRANTED. The United States shall file any objection to discharge on or before ninety (90) days of the current deadline of June 7, 2020 or September 5, 2020.

BY THE COURT,

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE