```
          IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    IN RE:                    :    CHAPTER 13
                              :
    Ira L. Griff              :    No. 20-10979-MDC
      Debtor                  :
```

### ANSWER TO MOTION OF PENNYMAC LOAN SERVICES, LLC. FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted payments were missed. Debtor was hospitalized in April and was out of work for four (4) weeks. The debtor's spouse was also temporarily out of work due to statewide closures due to COVID-19 and did not receive unemployment compensation until months after applying. The debtor made a payment of $1,100.00 recently and asks for the chance to catch up the remaining arrears.

7. Debtor is unsure of the same as they recently made a payment.

8. Denied.

9. No objection to Movant's wish to communicate with debtor.

10. No response required.

WHEREFORE, the Debtor respectfully requests that the Movant's Motion for Relief be DENIED.

/s/ David M. Offen
David M. Offen
Attorney for Debtor(s)

Dated: 7/22/20

CERTIFICATE OF SERVICE

The following has been served by electronic mail:

Rebecca A. Solarz on behalf of Pennymac Loan Services, LLC.
Bkgroup@kmllawgroup.com

                                        /s/ David M. Offen
                                        David M. Offen
Dated: 7/22/20                       Attorney for Debtor