# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-10979-MDC

IRA L GRIFF

3620 RAYLAND ROAD

PHILADELPHIA, PA 19154-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    IRA L GRIFF

    3620 RAYLAND ROAD

    PHILADELPHIA, PA 19154-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                                    /S/ William C. Miller

Date: 1/4/2021                      _____

                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee