United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Ira L Griff  
    Debtor

Case No. 20-10979-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Mar 25, 2021     Form ID: pdf900     Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ira L Griff, 3620 Rayland Road, Philadelphia, PA 19154-4110 |
| cr | + | United States of America, Office of the General Counsel, 300 Spring Garden Street, Philadelphia, PA 19123-2924 |
| 14469137 | + | CMRE Financial Services, Attn: Bankruptcy, 3075 E. Imperial Hwy, Suite 200, Brea, CA 92821-6753 |
| 14469138 | + | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14518060 | + | HYUNDAI CAPITAL AMERICA DBA, KIA MOTORS FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 14469145 | + | Kia Motors Finance Co, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 14469147 | + | Lisa Anderson, 3620 Rayland Road, Philadelphia, PA 19154-4110 |
| 14481399 | + | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14469150 | + | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14493107 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14482349 | + | Pennymac Loan Services, LLC, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14488164 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14469152 | + | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 26 2021 04:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 26 2021 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 26 2021 04:01:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14469134 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 26 2021 03:25:15 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14481457 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 26 2021 03:32:41 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14469136 | | Email/Text: ebn@carepayment.com | Mar 26 2021 04:02:00 | CarePayment, P.O. Box 2398, Omaha, NE 68103-2398 |
| 14469139 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 26 2021 03:32:28 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14469142 | | Email/Text: mrdiscen@discover.com | Mar 26 2021 04:00:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14469140 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 26 2021 04:01:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14473233 | | Email/Text: mrdiscen@discover.com | Mar 26 2021 04:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14469143 | + | Email/Text: bnc-bluestem@quantum3group.com | | |

Case 20-10979-mdc   Doc 49   Filed 03/27/21   Entered 03/28/21 00:41:42   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 25, 2021 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 26 2021 04:02:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-1250 |
| 14469144 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 26 2021 04:01:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14496057 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2021 03:18:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14484645 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2021 03:18:56 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14491713 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 26 2021 03:18:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14469148 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 26 2021 03:32:25 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14469149 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 26 2021 04:01:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14528111 | + | Email/Text: philadelphia.bnc@ssa.gov | Mar 26 2021 04:01:00 | Social Security Administration, Office of the General Counsel, 300 Spring Garden St, 6th Fl., Philadelphia, PA 19123-2924 |
| 14469151 | + | Email/Text: philadelphia.bnc@ssa.gov | Mar 26 2021 04:01:00 | Social Security Administration, P.O. Box 3430, Philadelphia, PA 19122-0430 |
| 14469153 | | Email/Text: megan.harper@phila.gov | Mar 26 2021 04:01:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14469135 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14469141 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14469146 | *+ | Kia Motors Finance Co, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Ira L Griff dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 25, 2021 | Form ID: pdf900 | Total Noticed: 33 |

| | |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| TIMOTHY REILEY | on behalf of Creditor United States of America timothy.reiley@ssa.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
IRA L GRIFF

Chapter 13

Debtor

Bankruptcy No. 20-10979-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

March 25, 2021

_____  
Magdeline D. Coleman  
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
DAVID OFFEN ESQUIRE  
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:  
IRA L GRIFF

3620 RAYLAND ROAD

PHILADELPHIA, PA 19154-